## Rodriguez, Appellant, *v.* Manuel Simones and Company.

*Wilson H. Oldhouser,* with him *Penrose Hertzler,* for appellant; *Arthur E. Ricchiuti,* Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.,* Assistant Attorney General, *Raymond Kleiman,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Order and decree affirmed.

March 18, 1969

## Commonwealth *v.* Turner, Appellant.

Argued March 17, 1969. *Alfred P. Filippone,* for appellant; *Michael M. Baylson* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

SPAULDING, J., absent.